IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>-v-<br><br>DERMPOINT, INC.,<br><br>　　　　　　　　　Defendant. | Civil Case Number: 1:20-cv-07589-JPO |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:　　　　September 9, 2021

_____
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff
Ramon Jaquez*

_____
Neal Gopal Massand, Esq.
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Tel: (972) 331-4601
Email: nmassand@nilawfirm.com

*Attorneys for Defendant
Dermpoint, Inc.*