IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAMON JAQUEZ, on behalf of himself and all others similarly situated,**<br><br>       Plaintiff,<br><br>-v-<br><br>**DERMPOINT, INC.,**<br><br>       Defendant. | Civil Case Number:  1:20-cv-07589-JPO |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' September 13, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:20-cv-07589-JPO**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 14th day of September 2021.**

_____
J. PAUL OETKEN
United States District Judge